UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| ALIREZA ANJOMSHOA, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3:26-CV-020-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| JEFF TINDALL, Jailer, Oldham County Detention Center, *et al.*, | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. At the hearing held on February 26, 2026, the Court offered to attempt to locate counsel for the petitioner, Mr. Anjomshoa, and the petitioner agreed. *See* [R. 13]. Accordingly, and the Court being otherwise sufficiently advised, **IT IS THEREFORE ORDERED** as follows:

1. Ms. Jennifer H. Jackson with Stites & Harbison is hereby **APPOINTED** as counsel for Petitioner Alireza Anjomshoa pursuant to the Criminal Justice Act, effective March 2, 2026, as to his Amended Petition for Writ of Habeas Corpus, [R. 1; R. 4]. This Order **SHALL** serve as Notice to the petitioner that counsel has been appointed in accordance with this Court's order at [R. 13].

2. The hearing on Petitioner's Amended Petition for Writ of Habeas Corpus, [R. 1; R. 4], **remains SET** for **Wednesday, March 11, 2026, at the hour of 1:00 p.m.**, before the Honorable Claria Horn Boom, United States District Court Judge, and will be held via Zoom. The Court's case manager will send the Zoom information to Petitioner's appointed counsel.

This the 2nd day of March, 2026.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record,
Petitioner Alireza Anjomshoa, and
QC Clerk.